UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JORDAN LINDNER,<br><br>Defendant | Criminal No. 22cr10354<br><br>Violation:<br><br>Count One: Interstate Transmission of Threatening Communication<br>(18 U.S.C. § 875(c))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and<br>28 U.S.C. § 2461) |

## INDICTMENT

At all times relevant to this Indictment:

1. Defendant MATTHEW JORDAN LINDNER was a resident of and located in the State of Texas.

2. The National LGBTQIA+ Health Education Center (hereinafter, the "Center") provided educational programs, resources, and consultation to health care organizations with the goal of optimizing quality, cost-effective health care for lesbian, gay, bisexual, transgender, queer, intersex, asexual, and all sexual and gender minority people. The Center was located in the District of Massachusetts.

3. Victim 1 was a physician, whose identity is known to the grand jury. Victim 1 was a faculty member at the Center. Victim 1 specialized in sexual health issues, with a particular focus on gender nonconforming youth. Victim 1 was an advocate for gender-affirming care and the use of puberty blockers and hormones to delay puberty in gender-questioning youth.

4.      In or around August 2022, inaccurate information spread online regarding the procedures that Boston Children's Hospital ("BCH") health care providers performed on gender nonconforming children. Social media accounts began sharing misinformation, falsely claiming that BCH health care providers were performing hysterectomies and gender affirmation surgery on patients who were under 18 years of age.

5.      On or about August 31, 2022, LINDNER placed a telephone call to the Center. During that call, he left the following voicemail:

> You sick motherfuckers, you're all gonna burn. There's a group of people on their way to handle [Victim 1].[1] You signed your own warrant, lady. Castrating our children. You've woken up enough people. And upset enough of us. And you signed your own ticket. Sleep well, you fuckin' c**t.

---

[1] Victim 1 is identified by last name.

COUNT ONE
Interstate Transmission of Threatening Communication
(18 U.S.C. § 875(c))

The Grand Jury charges:

6. The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 5 of this Indictment.

7. On or about August 31, 2022, in the District of Massachusetts, the Western District of Texas, and elsewhere, the defendant,

MATTHEW JORDAN LINDNER,

knowingly transmitted in interstate and foreign commerce, from Texas to Massachusetts, a communication containing a threat to kidnap and injure the person of another, to wit, Victim 1, for the purpose of issuing a threat and knowing that his communication would be interpreted as a threat.

All in violation of Title 18, United States Code, Section 875(c).

## Special Finding

8.  The Grand Jury realleges and incorporates by reference the allegations in paragraphs 6 and 7 of this Indictment, and further charges that:

9.  In transmitting a communication containing a threat to kidnap and injure the person of Victim 1, the defendant,

MATTHEW JORDAN LINDNER,

intentionally selected Victim 1 as the object of his threat because of the actual and perceived gender identity of persons for whom Victim 1 provided medical care.

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

10. Upon conviction of the offense in violation of Title 18, United States Code, Section 875(c), set forth in Count One, the defendant,

MATTHEW JORDAN LINDNER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

11. If any of the property described in Paragraph 10, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant—

  a. cannot be located upon the exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the Court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 10 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

/s/ Claria Picashin<br>FOREPERSON

/s/ Brian A. Fogerty
BRIAN A. FOGERTY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: December 15, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/<br>DEPUTY CLERK