IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MATTHEW JORDAN LINDNER,<br><br>        Defendant. | Case No. 22-CR-10354-WGY |

GOVERNMENT'S MOTION TO DISCLOSE
SEALED SEARCH WARRANTS TO DEFENDANT

    The United States of America hereby moves this Court to permit the government to provide copies of previously sealed documents to counsel for defendant Matthew Jordan Lindner. Specifically, the government requests permission to provide copies of sealed search warrants 22-MJ-1376-DLC and 22-MJ-1476-DLC to defense counsel so the government can comply with its obligations under the rules regarding automatic discovery. In support of this motion, the government states that these warrants have been executed in full and there is no reason to withhold them from production at this time.

    Respectfully submitted,

    RACHAEL S. ROLLINS
    United States Attorney

By:    /s/ Brian A. Fogerty
        BRIAN A. FOGERTY
        Assistant U.S. Attorney

        Date:  January 13, 2023

<u>CERTIFICATE OF SERVICE</u>

      I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 13, 2023.

      <u>/s/ Brian A. Fogerty</u>
      BRIAN A. FOGERTY
      Assistant U.S. Attorney