UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                    Plaintiff.    ) | |
|                                  ) | |
| v.                               ) | No. 22-CR-1014 |
|                                  ) | |
| MATTHEW LINDNER,                 ) | |
|                    Defendant.    ) | |

### ASSENTED TO MOTION TO HOLD IN ABEYANCE
### SECOND MOTION TO DISMISS

**[PROSECUTION IN VIOLATION OF THE FIRST AMENDMENT]**

Now comes the Defendant, Matthew Lindner, who by and through his undersigned counsel, respectfully moves this Honorable Court to hold Mr. Lindner's Second Motion to Dismiss in abeyance, and would show the following in support thereof:

As counsel set out in his Second Motion to Dismiss (Document 43), the parties are diligently working together to resolve pending discovery that relates to this Motion. *See* page 3 of Second Motion to Dismiss.

### HASTE IN FILING SECOND MOTION TO DISMISS

Because the pretrial motion deadline in this case was November 3, 2023, undersigned counsel was concerned that the United States Supreme Court had granted certiorari on October 13, 2023 in *Gonzalez v. Trevino*, a case raising the issue of the evidentiary threshold for a First Amendment retaliation claim (a distant, but related issue to selective prosecution), and that in order to raise and preserve that separate and distinct issue, a motion raising same would need to be filed by the November 3rd deadline. The deadline for filing the Second Motion to Dismiss was November 3rd.

1

### ADDITIONAL DISCOVERY WLL BE REQUIRED

However, because additional discovery will be required in order to determine the factual basis for this Second Motion to Dismiss, counsel would respectfully request that this Second Motion to Dismiss be held in abeyance and taken off the docket for consideration at the hearing currently set for November 21, 2023.

### GOVERNMENT COUNSEL HAS BEEN NOTHING BUT COOPERATIVE

Counsel would further seek to clarify in this Motion that undersigned did not mean to imply or suggest that counsel for the Government was not responsive to undersigned counsel in the certificate of compliance.  To the contrary, Counsel for the Government has always been responsive, cooperative, and collegial with undersigned counsel.

### PRAYER

For the foregoing reasons, Mr. Linder respectfully prays that this Honorable Court hold the Second Motion to Dismiss in abeyance, and for any further relief this Honorable Court deems just and proper.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel has spoken with counsel for the Government regarding its position on the relief requested in this Motion and the Government assents to this Motion.

Respectfully submitted,

MATTHEW LINDNER

By His Attorneys,

/s/ *Cynthia H. Orr*
Cynthia H. Orr, Esq.
Texas Bar No. 15313350
whitecollarlaw@gmail.com

                                        Gerald H. Goldstein, Esq.
                                        Texas Bar No. 08101000
                                        gerrygoldsteinlaw@gmail.com
                                        Goldstein & Orr
                                        Tower Life Building
                                        310 S. St. Mary's St.
                                        29th Floor
                                        San Antonio, TX   78205
                                        (210) 226-1463


                                        */s/ Martin G. Weinberg*
                                        Martin G. Weinberg, Esq.
                                        Mass. Bar No. 519480
                                        owlmgw@att.net
                                        20 Park Plaza
                                        Suite 1000
                                        Boston, MA   02116
                                        (617) 227-3700


Dated:  November 9, 2023


## CERTIFICATE OF SERVICE

     I, Martin G. Weinberg, hereby certify that on this date, November 9, 2023, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                        */s/ Martin G. Weinberg*
                                        Martin G. Weinberg, Esq.