Kathy Simmons, RN, BSN
PO Box 450
Ingram, TX 78025
kathy@simmons.net
210.827.5538
January 4, 2024

Hon. William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Sentencing Support for Matthew Jordan 'Matty' Lindner

Dear Judge Young,

I hope this letter finds you in good health. I am writing to provide insight into the character of Matty Lindner, a person I have had the privilege of knowing as a close friend for a significant portion of our lives. I believe that understanding Matty's character will shed light on the person beyond the circumstances that have led to this point in court.

I have known Matty since 1995, and throughout our friendship, I have consistently witnessed qualities that distinguish him as a thoughtful, generous, and considerate individual. These characteristics are not merely superficial; they are deeply rooted in his core values and guide his actions in all aspects of life.

Matty has consistently demonstrated thoughtfulness in his interactions with others. Whether it be lending a listening ear during difficult times, offering a helping hand to those in need, or simply being there for his friends and family, Matty's thoughtful nature has left a lasting impact on everyone fortunate enough to know him. He is not one to pass judgment hastily, always considering the perspectives and feelings of those around him.

Generosity is another hallmark of Matty's character. From sharing his time and resources to contributing to charitable causes, Matty embodies the spirit of giving. His generosity extends beyond material possessions; he willingly invests in the well-being of others, fostering a sense of community and support among those who know him.

In addition to being thoughtful and generous, Matty is inherently considerate of others. He consistently displays empathy and understanding, making an effort to ensure that those around him feel valued and heard. Matty's considerate nature has undoubtedly contributed to the positive relationships he has built with friends, family, and colleagues over the years.

It is with the utmost sincerity that I attest to Matty Lindner's character and the positive impact he has had on the lives of those around him. While I understand the gravity of the situation at hand, I urge the court to consider the entirety of Matty's character and the positive contributions he has made to our community.

Thank you for your time and consideration.

Sincerely,

*Kathy Simmons RN BSN*
Kathy Simmons, RN, BSN