Ethan Lindner
1507 Hawks Meadow
San Antonio, TX 78248
January 3, 2024

Hon. William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:  Matthew Jordan Lindner

Your Honor,

I hope this letter finds you in good health and high spirits. I am writing to you today with utmost respect and humility to advocate for my brother, Matthew Lindner, who is currently facing sentencing in your esteemed court.

First and foremost, I would like to express my gratitude for the opportunity to address you directly. As a firefighter and peace officer with 28 years of experience, I have dedicated my life to protecting and serving my community. I understand the importance of upholding the law and ensuring justice is served. It is with this understanding that I humbly request your leniency in Matthew's case.

Matthew Lindner is not just my brother; he is a compassionate and kind-hearted individual who has always been there for those in need. Growing up, Matthew consistently demonstrated his commitment to protecting others, whether it was standing up against bullies or lending a helping hand to those less fortunate. His selflessness and genuine concern for others have always been his defining qualities.

In addition to his role as a protector, Matthew has also been actively involved in coaching children and teaching youth how to hunt. He has dedicated countless hours to mentoring and guiding young individuals, instilling in them the values of responsibility, respect, and sportsmanship. Matthew's dedication to shaping the lives of these young individuals is a testament to his character and his desire to make a positive impact on the community.

Furthermore, Matthew is a loving and devoted father to his two children. He has always prioritized their well-being and has been actively involved in their lives. Matthew's role as a father has been marked by love, support, and guidance, and he has consistently demonstrated his commitment to being a positive influence in their lives.

In addition to his commitment to his family and the community, Matthew has also been a pillar of support for our aging parents. As they have grown older, Matthew has been there to assist them with various tasks and provide them with the care and attention they need. His dedication to our parents is a reflection of his character and his willingness to go above and beyond to help those he loves.

While I understand that Matthew has made mistakes, I firmly believe that these actions do not define his character. The circumstances surrounding his current situation do not accurately reflect the person he truly is. Matthew has shown remorse for his actions and is committed to making amends and becoming a better person.

Your Honor, I implore you to consider Matthew's positive attributes and the potential for rehabilitation. Sentencing him to a lighter punishment would not only allow him the opportunity to learn from his mistakes but also to continue his role as a father and mentor to others.
As a firefighter and peace officer, I have witnessed firsthand the transformative power of second chances. I have seen individuals who have made mistakes turn their lives around and become pillars of their communities. I have faith in Matthew's ability to do the same.

In conclusion, Your Honor, I respectfully request that you consider the person Matthew truly is and the potential for his redemption. I believe that a lighter sentence would not only be just but also provide him with the opportunity to rebuild his life and continue making a positive impact on the lives of others. Thank you for your time and consideration.

Sincerely,

*Ethan Lindner*

Ethan Lindner