January 9, 2024

Hon. William G. Young
United States district Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Young,

I am writing this letter today in regards to Matthew J Lindner, who will be sentenced in your courtroom on or about February 6, 2024. My name is Kristen Lindner and my husband is Jason Lindner, I am Matthew's sister in law, as I have been married to Jason for 30 years. For 23 years I have been a practicing dentist in Comfort and have considered it a blessing to work in the town that I was raised.

To speak about Matthew's good qualities is rather easy for me as I have watched him grow from a small boy into a very attentive father. When I came into the Lindner family, Matthew was a young elementary school boy and he spent a great deal of time with my husband and I since we all lived in very close proximity. Matthew is very likeable and generous with his time. He adores his children and involves himself in their projects and hobbies. He has learned horsemanship as his daughter has acquired a love for horses and baseball as his son spends every spring on the field.

Matthew has been very remorseful of his actions. He has expressed to me he is truly sorry for what he has done to both the victim and his own family. As adults we can all be judged on two things: What we did and how we did them. While he cannot change his past mistakes, he can certainly move forward and change how he responds to challenges in the future.

In the Lindner family I have been shown love and forbearance. Matthew can certainly expect that from me. It is my hope that after he has fulfilled the terms of his sentence that he can proceed with his head held up and pay forward kindness. I humbly ask for your consideration in the matter of his sentencing.

Sincerely,

Kristen D. Lindner
P.O. Box 304
Comfort, TX 78013