January 2, 2024

Dear Ms. Orr,

Enclosed is my letter of reference for Matthew Lindner. Please contact me with any suggestions for additions/deletions to it.

Thank you for helping my friends, the Lindners.

Sincerely,

*Paul D. Urban*

Paul D. Urban
P. O. Box 174
Harper, TX 78631
830-459-3087

January 2, 2024

Hon. William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

RE: Matthew Lindner

Dear Judge Young,

I have known Matthew since the day he was born. You see, I was a banker in Comfort, Texas, a small rural town, for forty-one and a half years. During that time, I had the pleasure of having the Lindner family, including Matthew, as my customers. Matthew always handled his banking business satisfactorily.

Matthew is well known and thought of in Comfort. He is a hard worker and can be relied on to do his job correctly and as instructed. He takes pride in his work but isn't boastful.

He enjoyed success in high school football, so much so that he was recruited by Texas Christian University in Ft. Worth, Texas to play football for them. He was a starter and once again did his job, playing football, as instructed but the results were far different from his work. College football can be a cruel experience physically and Matthew encountered his fair share of injuries including concussions. I'm not a doctor but I do know that concussions are considered a very serious injury that can have a lasting impact on a person.

Family and friends are vitally important to Matthew. He is the father of two beautiful children whom he loves deeply. He provides for them as a father should and is a good role model, teaching them right from wrong based on his life experiences.

Thank you for allowing me the opportunity to share this information with you.

Sincerely,

Paul D. Urban
P. O. Box 174
Harper, TX 78631-0174
January 2, 2024