328 Third
Comfort, TX 78013
January 3, 2024

The Honorable William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

**Re: Letter of Support for Matthew Lindner**

Your Honor:

Matthew Lindner made a mistake. He believed a story on social media that was false. (I wonder how many other people fell for that same story.) He was horrified by that story and he spoke out against life altering surgery being done to minor children. After all, he was father to two children ages 10 and 12 and could never imagine agreeing to such surgery.

As a family friend who has known Matthew since birth, my husband and I know what kind of human being he is. As a child he was adventurous and fun loving, successful at sports and hunting, and loved his family.

After he became a father, we watched him guide his children, coach many of their teams, and teach them to love the land. He told me that he wanted them to learn all they could about the bounty the Earth provided. He knew that knowledge was invaluable. When he and his wife divorced, they agreed to a 50-50 custody of the children and he insisted on paying a generous child support so that they would have their needs met. Matthew has been a hands-on father who has taught his children to be kind, polite, and respectful to others. Consequently, his children are always welcome in any social setting.

Today, Matthew remains kind, respectful, and a devoted father, willing to help others, full of energy and fun loving as in the past.

Your Honor, I respectfully request you take into consideration Matthew's genuine traits in his sentencing. My family and I will continue to support Matthew in all his efforts.

                                               Sincerely yours,

                                               Betty H. Murphy