From,
SaVanna Cano
222 Holiday Road
Comfort, TX 78013
(512) 705-1135

Date: 5 January 2024

To,
Honorable William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Subject: Character Reference for Matthew Lindner

Dear Judge Young,

I am writing on behalf of Matthew Lindner, and this letter serves to testify of his character and integrity through my own personal experiences and impressions of him. My name is SaVanna Cano, and I grew up in Comfort, Texas, graduated for the University of Texas at Austin, and currently live once again in Comfort, where I consider 'home'. I am now a wife, a mother, and work remotely as a Content Development Specialist. Matthew is my second cousin on my mother's side. I have known him my whole life and love him dearly.

Matthew ('Matty' to all who know him) has an infectious smile and kindness that has endeared him to all who know him in our small community of Comfort, Texas. He has a warm presence and gentleness that are unique to him. Matty is a wonderful father, brother, son, cousin, friend, and much more. His heartfelt presence is irreplaceable our community. Matty is dedicated to his family's business at Comfort Feed & Milling (better known as the 'Mill'). He is hard-working and devoted to serving our community by helping to provide feed for local ranchers. It is always a joy to visit the Mill and to catch a big wave and a grin from Matty as he is working.

Matty is a loving and compassionate person with a zeal to protect those who he loves and those who are innocent. A misleading video led Matthew to take actions that he now regrets. Matthew recently attended a restorative justice program in Boston that touched him greatly. He was also baptized into the Christian faith; regardless of one's spiritual or religious beliefs, Christianity is an excellent model for living a principled life of integrity.

Matty's children need him, and it is my hope and prayer that Matthew will return home to his family. I humbly ask, Your Honor, that as you consider all that pertains to Matthew's case, you would also consider this letter and the many accounts of Matthew's kind and compassionate nature. Matthew is sincerely remorseful for his actions and desires to move forward to the betterment of himself, his children, and our community. Thank you for your time and consideration.

Respectfully,

*SaVanna Cano*
SaVanna Cano