January 5, 2024

From: KC Chmelik
782 Winding River Way
Spring Branch, Texas 78070

To: Hon. William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Young,

My name is KC Chmelik, I am the Director of Human Resources for a hospitality management company located in San Antonio, Texas. I have known Matthew Lindner my entire life (37 years).

Although Matthew is technically my half-sibling's cousin by blood, Matthew and I have always considered each other cousins; being two years apart and growing up together our families often gathered, additionally we attended the same elementary, middle, and high school in Comfort, Texas.

Matthew always has fit the cliché term 'gentle giant', physically he embodies the physique of a division 1 offensive lineman but his heart is as gentle and kind as they come. His reputation of being a salt of the earth, good person was known all over, whether we were at a stock show or football game, everyone knew Matthew Lindner. I always felt so much pride being connected to him and what he stood for and all of his accomplishments. By far Matthew's biggest and most proud accomplishment are his two children. Watching Matthew be a father and teaching his children to love God, love family and just to be good humans has been an honor. Matthew has given back to the community by mentoring young athletes and volunteering his time.

Matthew is not a perfect person, but I know his heart and his spirit. Matthew lost his oldest brother who was only 23 to cancer when Matthew was 5 years old. Matthew has struggled with the tragic loss his entire life. He has taken on many hobbies and interests in honor of his late brother, but I know he has lived with a broken heart, at times finding himself in a low place.

While it is unfortunate that bad decisions were made, and I was admittedly surprised to hear of them, it comes as no surprise that he is ready to accept responsibility and move forward and emerge better.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Matthew to be an honorable individual, and someone I hold a very special place in my heart.

Sincerely,
KC Chmelik