# Exhibit 11 Video Statement of Javier Ozuna