# Exhibit 12 Video Statement of Paul Talbert