# Exhibit 13 Video Statement of Angelica Stokes