Ralph Joseph Real, Jr.
212 Rawson Street
Kerrville, Texas 78028
January 2, 2024

Hon. William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Young,

This letter is in reference to Matthew Lindner whose sentencing phase of his case will be before you. My name is Ralph Real and I am a retired teacher of Mathematics of forty years, retiring from Comfort High School in 2018, the school Mr. Lindner attended and from which he graduated in 2003. Upon my arrival in Comfort in 1981 I became acquainted with Matthew's family through a mutual friendship. In addition my wife and her parents were life-long friends with the Lindner family. Consequently, both my wife and I have had the opportunity to know Matthew as a young boy, through his adolescent years, and into adulthood. I had the opportunity to have Matthew, and his three brothers, in several of my classes during their years attending Comfort High School.

Like his brothers, Matthew applied himself to his course work and studies, and at all times showed himself to be a good influence in the classroom, modeling the type of behavior expected from every student in my classes. Additionally, on the occasions in which Matthew needed further instruction in his Mathematics classes, he voluntarily sought such before school or during tutorial sessions conducted during the school day. Matthew also was a prominent member of the school's football team during his high school years, allowing me to witness how well he worked as a team member and leader. Very active in the agricultural and live-stock programs of the school and community, Mr. Lindner developed and evidenced the character needed to be productive in those endeavors -- he was a hard-working, thoroughly committed, self-reliant, and responsible young man attending to his live-stock projects personally -- projects that require quite a few extra hours daily outside normal school hours and in addition to other responsibilities he had in and out of school. I know first-hand that he personally tended to the care and welfare of these animals as there were a few occasions in which I mentioned to Matthew that he might consider changing out of his "hog-working" boots before he came to school each morning since there might be a few students in class who might not be appreciating the lingering smells of the pigpen thereon!

During the years in which I professionally interacted with Mr. Lindner I came to know him to be forthright -- he was not shy to express a thought or opinion, even though it might not be the most popular amongst his peers. Even if one might not quite agree, I would say that Mr. Lindner presented reasonable opinions, not ones mired in emotionalism or close-mindedness. And yet I would say that in each case Matthew showed thoughtfulness and appreciation for others'

thoughts and opinions. I, along with other faculty members, found Matthew respectful of authority, and more than willing to lend a hand when one was needed. As a member of the Eighth Grade faculty team (1998-99), I remember the language arts teacher commenting how appreciative she was that Matthew had consulted with her at the end of the day about a perceived injustice he thought she committed during class, instead of him making it an issue during class, distracting others learning and potentially turning the situation into a disciplinary matter. Starting Mr. Lindner's Eighth Grade year and throughout his high school years, his deportment in class and throughout the hallways and other common areas of the school was indicative of his respect of classroom and institutional rules. In his extracurricular activities, mainly vocational agriculture and athletics, Matthew had a reputation of being wholeheartedly committed to performing well and to the best of his ability -- Matthew could be counted on to act and compete in the best interests of advancing personal and team goals. In general and in conclusion, and as I mentioned earlier that Mr. Lindner was a source of good influence in the classroom when I had him as a student, I found him to be such outside of class as well.

Your Honor, I respectively submit this summary of observations I made and have of Mr. Matthew Lindner during those years when our paths coincided in the Comfort schools. As a member of the Ralph and Annabelle Lindner family, Matthew was often present when my wife Helen and I attended family events or get-togethers between his and Helen's families. And although he and I are no longer in my Mathematics classroom, I continue to believe in the overall solidness and civic mindedness of Matthew's character.

Yours sincerely,

*Ralph J. Real, Jr.*
Ralph J. Real, Jr.