# Exhibit 15 Video Statement of Laura Hamilton