# Exhibit 16 Video Statement of Jim Lord