# Exhibit 17 Video Statement of Larry Leitha