# Exhibit 18 Video Statement of Clay Simmons