January 11, 2024

Hon. William G. Young

United States District Judge

United States Federal Courthouse

1 Courthouse Way

Boston, Massachusetts 02210

You Honor,

    This letter is about Matthew Lindner. My name is Cody Walker and I own an automotive repair shop in Comfort, TX. I first met Matthew Lindner in December of 2016. Our first few encounters were strictly business related. I believe at the time Matthew had a Dodge truck that needed quiet about of work. Soon after Matty and I became friends. I can recall countless times Matty would come over and have dinner with my family and myself. Right from the start Matty treated my family as his own. We would BBQ and sit around the back porch for hours. Matty and I coached the little league here in comfort. Although Matty never coached my son's team, he would always offer words of encouragement and congratulations in passing. Matty is one of those guys that you see in town at a gas station or restaurant, and he would go out of his way to shake your hand and say hello. He is also the same guy that if you ever needed anything he would get there as quickly as possible. He has always had a very big heart and he is a good person. I consider Matty to be one of my good friends because I know that I can count on him. Matty knows he made a mistake and I know he regrets his actions before he verified the information at hand.

Thank You for Your Time

Cody Walker

115 Blaschke Rd.

Comfort TX 78013

*Cody Walker* (signature)