January 4th, 2024

Hon. William G. Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Matthew Lindner

Dear Judge Young:

My name is Randal Zoeller and I am Matthew Lindner's first cousin. My mother is Ruth Zoeller and she is his aunt. I grew up in the small farming and ranching community of Comfort, Texas, and my mother still lives there on our homestead ranch. We are respectfully writing this letter together in his support and would like to let you know a bit more about him and what he means to us.

Matthew has always reminded us of his oldest brother Clayton. Clayton was an amazing free spirit who loved people and lived life large, but passed from Hodgkin's when Matthew was a young boy. As a result of that experience, family is extremely important to Matthew, and no task is too small or too large when someone in our family needs help. He lives in a house on the family ranch next door to his parents and can usually be found helping them on their property when he isn't working at the local feed mill.

Like Clayton, Matthew has always been a very caring and thoughtful person. My mother is 86 and still lives alone on her ranch. Matthew is one of the reasons she's been able to maintain that independence. Whether it is helping her with plumbing issues, fixing broken troughs, taking care of fencing, feeding livestock, or just being around when she can't get the TV to work, he has made himself available to her both night and day when I was not able.

Matthew loves his two kids Brayden and Brynlee unconditionally, and there is nothing he wouldn't do for them. He is very active in their lives and passions and has raised them to be respectful and considerate of others. Recently, he has been involved in coaching them in youth sports and was a very popular football coach for the local team. The town of Comfort is a small community where your friends and neighbors are family too. Matthew's thoughtfulness carries through to everyone in our town beyond just his immediate family. He is always ready and can be counted on to lend a hand or help someone or some group that is in need. His passion for the people of our town and its kids is unmatched.

For all these reasons, and many others, Matthew is so very important to my mother and to me. He's been a good cousin, a great nephew, and an even better person to us. He's never asked for a penny in return for his help, and is always happy to spend time visiting and chatting with my mom when he comes to her house.

Matthew has certainly had challenges in his life; the loss of his older brother at age 5, numerous surgeries from college football injuries including a hip replacement with a second hip replacement pending, a divorce and subsequent depression, that he has made efforts to overcome. He has been up front with us about his struggles and his mistakes, has taken responsibility for them, and has been remorseful about his actions both in public and private. He has made a commitment to getting his life in order and to getting the help he needs. Regardless of his mistakes, our family will continue to support him as much as he has supported us. We are confident he will continue down a positive path to turning his life around.

Thank you for your time and consideration regarding Matthew Lindner and his situation.

Sincerely,

*[signature]*

Randal and Ruth Zoeller
P.O. Box 151
Comfort, Texas 78013