January 5, 2024

Hon. William G Young
United States District Judge
United States Federal Courthouse
1 Courthouse Way
Boston, Massachusetts, 02210

Reference: Matthew Lindner

Your Honor:

My name is Fred Schuetze, Uncle to Matthew Lindner, now before you for sentencing; being his uncle, I have known him his entire life and have watched him grow and become a young man.

Your Honor, a brief background on myself: I am a graduate of Texas State University with a Bachelor Of Education and a graduate of Texas A&M University with a masters in Animal Science. I served for 12 years as County Extension Agent for the Texas Agrilife Extension Service, where part of my job responsibilities was the oversite of the 4-H youth programs. I currently manage a registered cattle operation and currently serve as President of the Texas Beef Council and a member of the board of directors for National Cattlemen's Beef Association. I have served on various national and international cattlemen's boards both as president and committee chairs.

It has been my experience that all of us, my self- included, have made mistakes and we have either learned from these mistakes and changed or we have moved on with no remorse and continue to live life as we care too.

Your Honor, in my seventy plus years, I can honestly say that I have not misread change for the good and in my opinion, Matthew Lindner has made that change. I base this observation on a visit I had with Matthew several weeks ago, after having no contact with him during the last year or so. Matthew had always been well mannered and soft spoken but during this visit, I could tell that his words came from his heart and soul with a depth of meaning that I had never seen before and his deminer was one of caring about his future and the impact the change has made in his life personally and with others.

Respectfully,

*Fred Schuetze*

Fred Schuetze
2655 Per Orchard Road
Granbury, Texas 76048
817-894-0563